## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN RE:

                              CASE NO. 08-08242 ESL

JULIO ENRIQUE SALGADO ADORNO    Chapter 13


XXX-XX-8823


<span style="color:red">**FILED & ENTERED ON 10/18/2011**</span>

                      Debtor(s)

---

### ORDER GRANTING UNOPPOSED MOTION

     This case is before the Court on the following: <u>Motion requesting authorization to sell hereditary interest in real property</u>, filed by the debtor, docket #23.

     Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

     IT IS SO ORDERED.

     San Juan, Puerto Rico, this 18th day of October, 2011.

                            Enrique S. Lamoutte Inclan
                            U. S. Bankruptcy Judge


CC:  ALL CREDITORS